**Motion Denied; Appeal Dismissed and Memorandum Opinion filed September 12, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00618-CV

---

## IN THE INTEREST OF E.A.F., A CHILD

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2012-02536J**

---

### M E M O R A N D U M   O P I N I O N

This is an attempted appeal of an interlocutory order that terminates the parental rights of father E.F.  The order does not dispose of all parties and issues in this case and is therefore not a final order for purposes of appeal.

Appellant filed a motion to abate this appeal pending entry of a final judgment.  On August 14, 2013, notification was transmitted to all parties of the Court's intent to dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P.

42.3(a). Appellant's response fails to demonstrate that this Court has jurisdiction to entertain the appeal.

Accordingly, because there is no final judgment or appealable interlocutory order, we deny appellant's motion to abate and dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); 43.2(f);

PER CURIAM

Panel consists of Justices Brown, Christopher, and Donovan.